# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**GREGORY LADELL JORDAN**                                                              **PLAINTIFF**

VS.                                          **4:16-CV-00079-BRW**

**CAROLYN W. COLVIN**                                                                  **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

## ORDER

Pending is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. No. 13). Defendant does not object.[1]

Since the hours spent by counsel were reasonable, the motion is GRANTED and Plaintiff is entitled to attorney's fees and costs in the amount of $3,088.54 (17.5 attorney hours at $175.00/hour; and costs totaling $26.04).[2]

The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States.[3]

IT IS SO ORDERED this 4th day of October, 2016.

/s/ Billy Roy Wilson
  UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 15.

[2] Doc. No. 13.

[3] *Astrue v. Ratliff*, 130 S. Ct. 2521, 2527-28 (2010).